BRIAN QUINN
 Chief Justice
 
 JAMES T. CAMPBELL
 Justice
 
 MACKEY K. HANCOCK
 Justice
 
 PATRICK A. PIRTLE
 Justice
 
 Court of Appeals
 
 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us
 
 
 PEGGY CULP
 CLERK
 
 
 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540
 
 
 (806) 342-2650
 
 May 29, 2012
 
Ronald Delarose
Attorney at Law
3005 CR 7505
Lubbock, TX 79423
Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408

Dear Counsel:

 The Court this day disposed of Cause No. 07-11-00370-CR, styled FRANCES CEDILLO V. THE STATE OF TEXAS. Enclosed are copies of the Court's judgment and opinion. Tex. R. App. P. 48. 

 In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court. 

 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

xc:
Honorable John J. "Trey" McClendon
Barbara Sucsy
Lisa Carol McMinn 
Lexis/Nexis
Wolters Kluwer Law & Business
State Bar of Texas
West Publishing